UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINIOS

In re: DAVID J. GALVAN            §    Case No. 15-80967
       TERRI L. GALVAN            §
                                  §
          Debtor(s)                §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 04/10/2015.

2) The plan was confirmed on 12/23/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 02/17/2017.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 12/02/2016, 10/30/2017, 11/07/2017, 12/15/2017.

5) The case was dismissed on 12/15/2017.

6) Number of months from filing or conversion to last payment: 29.

7) Number of months case was pending: 34.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $4,380.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 22,407.00 | |
| Less amount refunded to debtor(s) | $ 29.55 | |
| **NET RECEIPTS** | | $ 22,377.45 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 4,000.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 1,687.81 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 5,687.81 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| DAVID H CARTER | Lgl | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 0.00 |
| WELLS FARGO BANK NA | Sec | 0.00 | 13,332.54 | 13,332.54 | 5,107.65 | 4,354.95 |
| WELLS FARGO BANK NA | Sec | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| WISE FINANCE OF STERLING LLC | Uns | 2,500.00 | 3,895.19 | 0.00 | 0.00 | 0.00 |
| PAYDAY AUTO CREDIT | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Pri | 1,200.00 | 845.10 | 845.10 | 148.46 | 0.00 |
| ILLINOIS DEPARTMENT OF | Uns | 0.00 | 127.68 | 127.68 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 0.00 | 26,667.66 | 26,667.66 | 4,828.58 | 0.00 |
| INTERNAL REVENUE SERVICE | Sec | 31,635.00 | 3,932.16 | 3,932.16 | 2,008.77 | 241.23 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 17,077.54 | 17,077.54 | 0.00 | 0.00 |
| AFNI INC | Uns | 89.01 | NA | NA | 0.00 | 0.00 |
| AMERICAN PROFIT RECOVERY | Uns | 556.00 | NA | NA | 0.00 | 0.00 |
| ASPEN DENTAL | Uns | 211.00 | NA | NA | 0.00 | 0.00 |
| BLATT HASENMILLER LLC | Uns | 2,097.78 | NA | NA | 0.00 | 0.00 |
| CBCS | Uns | 613.20 | NA | NA | 0.00 | 0.00 |
| CGH MEDICAL CENTER | Uns | 2,125.00 | NA | NA | 0.00 | 0.00 |
| CHECK INTO CASH | Uns | 594.05 | NA | NA | 0.00 | 0.00 |
| COMCAST | Uns | 323.64 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CONVERGENT HEALTHCARE | Uns | 124.00 | 636.29 | 636.29 | 0.00 | 0.00 |
| CREDITOR PROTECTION SERVICE | Uns | 1,000.00 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED ADJUSTMENT | Uns | 766.50 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED CONSULTANTS INC | Uns | 797.16 | NA | NA | 0.00 | 0.00 |
| EAGLE RECOVERY ASSC INC | Uns | 1,946.72 | NA | NA | 0.00 | 0.00 |
| EAGLE RECOVERY ASSC INC | Uns | 1,619.72 | NA | NA | 0.00 | 0.00 |
| FNCB INC | Uns | 1,520.98 | NA | NA | 0.00 | 0.00 |
| FREEDMAN ANSELMO LINDBERG | Uns | 2,430.84 | NA | NA | 0.00 | 0.00 |
| INTEGRITY SOLUTIONS SERVICES | Uns | 211.00 | NA | NA | 0.00 | 0.00 |
| KSB HOSPITAL & KSB MEDICAL | Uns | 145.00 | NA | NA | 0.00 | 0.00 |
| KSB HOSPITAL & KSB MEDICAL | Uns | 327.00 | NA | NA | 0.00 | 0.00 |
| MORRISON COMMUNITY HOSPITAL | Uns | 50.75 | NA | NA | 0.00 | 0.00 |
| NORTHLAND GROUP INC | Uns | 1,501.89 | NA | NA | 0.00 | 0.00 |
| OSF MEDICAL GROUP | Uns | 206.00 | NA | NA | 0.00 | 0.00 |
| OSF ST ANTHONY MEDICAL | Uns | 42.00 | NA | NA | 0.00 | 0.00 |
| OSF ST ANTHONY MEDICAL | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| OSF ST ANTHONY MEDICAL | Uns | 8,192.60 | NA | NA | 0.00 | 0.00 |
| OSF ST ANTHONY MEDICAL | Uns | 39.00 | NA | NA | 0.00 | 0.00 |
| OSF ST ANTHONY MEDICAL | Uns | 124.00 | NA | NA | 0.00 | 0.00 |
| OSF ST ANTHONY MEDICAL | Uns | 1,876.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 2,432.55 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 483.05 | NA | NA | 0.00 | 0.00 |
| RELIANCE STANDARD | Uns | 13,324.55 | NA | NA | 0.00 | 0.00 |
| RMCB | Uns | 47.55 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 305.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 1,876.00 | 11,389.08 | 11,389.08 | 0.00 | 0.00 |
| ROCKFORD RADIOLOGY ASSOC | Uns | 305.00 | NA | NA | 0.00 | 0.00 |
| RRCA ACCOUNTS MANAGEMENT | Uns | 3,185.37 | NA | NA | 0.00 | 0.00 |
| STERLING FEDERAL BANK | Uns | 48,400.00 | NA | NA | 0.00 | 0.00 |
| STERLING PUBLIC SCHOOLS | Uns | 91.05 | NA | NA | 0.00 | 0.00 |
| TITLE CASH OF ILLINOIS | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| TRI STATE ADJUSTMENT | Uns | 464.00 | NA | NA | 0.00 | 0.00 |
| US TREASURY - IRS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| VELOCITY INVESTMENTS | Uns | 2,430.84 | NA | NA | 0.00 | 0.00 |
| LY | Uns | 0.00 | NA | NA | 0.00 | 0.00 |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| RESURGENT CAPITAL SERVICES | Uns | 0.00 | 1,434.47 | 1,434.47 | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Uns | 0.00 | 488.39 | 488.39 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 13,332.54 | $ 5,107.65 | $ 4,354.95 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 3,932.16 | $ 2,008.77 | $ 241.23 |
| **TOTAL SECURED:** | $ 17,264.70 | $ 7,116.42 | $ 4,596.18 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 27,512.76 | $ 4,977.04 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 27,512.76 | $ 4,977.04 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 31,153.45 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 5,687.81 |
| Disbursements to Creditors | $ 16,689.64 |
| **TOTAL DISBURSEMENTS:** | $ 22,377.45 |

      12)  The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed.  The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  02/14/2018        By:  /s/ Lydia S. Meyer
                                       Trustee

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.